CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 20 2009

JOHN F. CORCORAN, CLERK
BY: ~Taylor~
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

JOSEPH KESTNER            )
                          )      **Civil Action No. 5:08cv00113**
　　　　　Plaintiff,        )
                          )
v.                        )      **FINAL ORDER**
                          )
MICHAEL J. ASTRUE,        )      **By: Samuel G. Wilson**
**Commissioner of Social Security,**   )      **United States District Court**
                          )
　　　　　Defendant.        )

This case is before the court on the objection of defendant, Michael J. Astrue, to the

Magistrate Judge's report setting forth his proposed findings and recommendations pursuant to

28 U.S.C. § 636(b)(1)(C). The court has reviewed the administrative record, the Magistrate

Judge's report, and defendant's objections to that report and the court concludes that the

Magistrate Judge's report is substantially correct and accordingly adopts that report.[1]

Accordingly, it is **ORDERED** and **ADJUDGED** that defendant's motion for summary

judgment is **DENIED**, judgment is **GRANTED** to the plaintiff, reversing the final decision of

the Commissioner and recommitting the case to the Commissioner solely for the purpose of

calculating and paying proper benefits. This case is **ORDERED** stricken from the docket of the

court.

**ENTER**: This November 20, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge concluded that the Commissioner's final decision was not supported by substantial evidence on a number of grounds, including the Commissioner's failure to consider whether the plaintiff qualified for disability pursuant to the "worn-out worker" rule, 20 C.F.R. § 404.1562(a). The court does not adopt the portion of the Magistrate Judge's report concerning the "worn-out worker" rule.